UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE – NORTHERN DIVISION

| | |
|---|---|
| DONNIE COLLINS,<br>on behalf of himself and all others<br>similarly situated<br>        Plaintiff,<br><br>v.<br><br>GUITAR CENTER, INC.; and<br>NATIONAL ASSOCIATION OF<br>MUSIC MERCHANTS, INC.;<br>        Defendant. | Case No.  3:09-cv-00531 RLJ |

## STIPULATION OF EXTENSION OF TIME TO RESPOND

Pursuant to Local Rule 12.1, the parties have agreed to a twenty-one day initial extension of time for Guitar Center, Inc. to respond to the Complaint.

DATED:  December 7, 2009                              Respectfully submitted,

                                                                s/ Randall D. Noel_____
                                                                RANDALL D. NOEL (#6405)
                                                                BUTLER, SNOW, O'MARA, STEVENS &
                                                                CANNADA, PLLC
                                                                6075 Poplar Avenue, Suite 500
                                                                Memphis, TN   38110
                                                                Telephone:  (901) 680-7200
                                                                Facsimile:  (901) 680-7201
                                                                E-mail:  randy.noel@butlersnow.com

                                                               Attorneys for Defendant
                                                               Guitar Center, Inc.

## **CERTIFICATE OF SERVICE**

        I hereby certify that a true and correct copy of the foregoing has been filed in December 7, 2009 via the court ECF system for electronic service on the following counsel of record:

Gordon Ball
BALL & SCOTT, A PROFESSIONAL ASSOCIATION
550 Main Avenue, Suite 750
Knoxville, Tennessee 37902
E-mail:  gball@ballandscott.com

                                                                  s/ Randall D. Noel_____

                                                                  Memphis 1480494v1