IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| DONNIE COLLINS, on behalf of himself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 3:09-CV-531 |
| GUITAR CENTER, INC., and NATIONAL ASSOCIATION OF MUSIC MERCHANTS, INC., | ) ) ) ) | |
| Defendants. | ) | |

**O R D E R**

Defendants' motion for extension of time [doc. 7] and motion to expedite [doc. 6] are **GRANTED IN PART** for the reasons provided therein. The deadline for defendants to respond to plaintiff's complaint is **STAYED**. That deadline will be reset if necessary following the court's resolution of plaintiff's anticipated motion to remand. Should no remand motion be filed, the court will by separate order reset the deadline for defendants to respond to the complaint.

**IT IS SO ORDERED**:

ENTER:

<u>       s/ Leon Jordan       </u>
United States District Judge