**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE – NORTHERN DIVISION**

| | |
|---|---|
| DONNIE COLLINS, on behalf of himself and all others similarly situated<br><br>　　　　Plaintiff,<br><br>v.<br><br>GUITAR CENTER, INC.; and NATIONAL ASSOCIATION OF MUSIC MERCHANTS, INC.;<br><br>　　　　Defendant. | Case No. 3:09-CV-00451<br><br>Hon. Leon Jordan<br><br>(Tennessee Chancery Case No. 176237-1)<br>Date Complaint Filed: October 13, 2009 |

**DEFENDANTS' JOINT MOTION TO STAY PRETRIAL PROCEEDINGS**

Defendants National Association of Music Merchants, Inc. and Guitar Center, Inc. respectfully move to stay all further pretrial proceedings, including further briefing on plaintiff's motion to remand filed on January 14, 2010, until the Judicial Panel on Multidistrict Litigation ("the Panel") has issued a final decision on whether to transfer this case to the Southern District of California for coordinated pretrial proceedings with thirty-six other related actions that arise from common factual allegations on behalf of a purported nationwide class.  The Panel conditionally transferred this action on January 13, 2010, but defendants anticipate that plaintiff will file an objection to the Panel's Conditional Transfer Order.  If the Panel transfers this case, as it almost certainly will, then any time and effort this Court spends on this action in the meantime will be an unnecessary waste.  On the other hand, if the Panel decides not to transfer this case, which is unlikely, there will be no prejudice to plaintiff whatsoever if the Court and the parties address plaintiff's motion to remand in due course after only a brief delay for the Panel's decision on plaintiff's anticipated objection to the Conditional Transfer Order.

Plaintiff's counsel informed counsel for defendant National Association of Music

Merchants on January 21 that plaintiff will not agree to a stay or any extension for defendants' response to plaintiff's motion to remand.  *See* Declaration of David Bridgers, Jan. 25, 2010, filed concurrently with this motion.  Defendants, therefore, were forced to seek the Court's intervention given the February 1, 2010 deadline for responding to the motion for remand.  As fully discussed in defendants' Memorandum filed herewith, a stay is appropriate to conserve this Court's resources and prevent prejudice to the defendants.  In the alternative, if the Court is not willing to grant a stay, defendants request an extension until March 1 to respond to plaintiff's motion to remand.

DATED:  January 25, 2010					Respectfully submitted,

/s/ Paul C. Cuomo_____
W. DAVID BRIDGERS (#016603)
JAMES F. SANDERS (#005267)
NEAL & HARWELL, PLC
150 Fourth Avenue North, Suite 2000
Nashville, TN 37219-2498
Telephone: (615) 244-1713
Facsimile: (615) 726-0573
E-mail: dbridgers@nealharwell.com


ROBERT G. ABRAMS (*pro hac vice*)
PAUL C. CUOMO (*pro hac vice*)
HOWREY LLP
1299 Pennsylvania Ave. NW
Washington, DC 20004
Telephone: (202) 783-0800
Facsimile: (202) 383-6610
Email: cuomop@howrey.com

Attorneys for Defendant National Association of Music Merchants, Inc.

/s/ Randall D. Noel \_\_\_\_\_
RANDALL D. NOEL (#6405)
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
6075 Poplar Avenue, Suite 500
Memphis, TN   38110
Telephone:  (901) 680-7200
Facsimile:  (901) 680-7201
E-mail:  randy.noel@butlersnow.com

MARGARET M. ZWISLER (*pro hac vice*)
LATHAM & WATKINS LLP

555 Eleventh Street, Suite 1000
Washington, D.C. 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
E-mail:  margaret.zwisler@lw.com

CHARLES H. SAMEL (*pro hac vice*)
LATHAM & WATKINS LLP
355 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
E-mail:  charles.samel@lw.com

Attorneys for Defendant Guitar Center, Inc.