IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |  |
|---|---|---|
| DONNIE COLLINS, <br> on behalf of himself and all others <br> similarly situated, <br><br>         Plaintiff, <br><br> v. <br><br> GUITAR CENTER, INC., and <br> NATIONAL ASSOCIATION OF <br> MUSIC MERCHANTS, INC., <br><br>         Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 3:09-CV-531 |

## ORDER

Now before the court are defendants' motion for a temporary stay [doc. 17] and defendants' motion for an expedited ruling [doc. 18]. In the interest of judicial economy, the motions are **GRANTED** for the reasons provided therein. It is hereby **ORDERED** that this civil action is **STAYED** pending a ruling on transfer and consolidation by the United States Judicial Panel on Multidistrict Litigation.

       **IT IS SO ORDERED**.

                                             ENTER:

                                                s/ Leon Jordan
                                          United States District Judge